**SEVENTH CIRCUIT APPEAL INFORMATION SHEET**

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

**SHORT RECORD**
**No. 10-3055**
**FILED 9/2/10**

*District:* Northern District of Indiana   *Docket No.:* 3:08-CV-510 RLM
*Division:* Fort Wayne Division

| **Plaintiff (Petitioner)** | **Short Caption** | **Defendant (Respondent)** |
|---|---|---|
| ( JONATHAN LEE RICHES | v | 104th WORLD SERIES, TAMPA BAY RAYS and PHILADELPHIA PHILLIES ) |

**Current Counsel for Plaintiff (Petitioner):**   **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:* Jonathan Lee Riches (PRO SE)    *Name:* No Counsel Appeared
*Firm:*                                  *Firm:*
*Address:* Lexington FMC                 *Address:*
Inmate Mail/Parcels P.O. Box 14500
Lexington, KY 40512
*Phone:* N/A                             *Phone:*

*Judge:* Robert Miller, Jr.              *Nature of Suit Code:* 550
*Court Reporter:* Debra Bonk             *Date Filed in District Court:* 10/30/2008
                                         *Date of Judgment:* 10/31/2008
                                         *Date of Notice of Appeal:* 9/1/2010

*Counsel:*  ☐ Appointed   ☐ Retained   ☒ Pro Se
*Fee Status:*  ☐ Paid  ☒ Due  ☐ IFP  ☐ IFP Pending  ☐ U.S.  ☐ Waived
*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office   ☐ Yes   ☒ No

If 28 U.S.C.§2254 or 28 U.S.C.§2255 was certificate of appealability:   ☐ granted;   ☐ denied;
☐ pending;

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  40948-018

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

3/01

APPEAL, TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CIVIL DOCKET FOR CASE #: 3:08−cv−00510−RLM

| | |
|---|---|
| RESTRICTED FILER v. 104th World Series et al (FILINGS TO BE NOTED IN THIS CASE AND THEN PLACED IN THE FILE) | Date Filed: 10/30/2008 |
| | Date Terminated: 10/31/2008 |
| | Jury Demand: None |
| Assigned to: Judge Robert L Miller, Jr | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Jonathan Lee Riches**　　　　　　　　　represented by　**Jonathan Lee Riches**
*also known as*　　　　　　　　　　　　　　　　　　　　　　40948−018
Gordon Gekko　　　　　　　　　　　　　　　　　　　　　　LEXINGTON FMC
*also known as*　　　　　　　　　　　　　　　　　　　　　　FEDERAL MEDICAL CENTER
Michael Milken　　　　　　　　　　　　　　　　　　　　　　Inmate Mail/Parcels
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO BOX 14500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LEXINGTON, KY 40512
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**104th World Series**

**Defendant**

**Tampa Bay Rays**

**Defendant**

**Philadelphia Phillies**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/31/2008 | 1 | | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order by Plaintiff Jonathan Lee Riches. (smp) (Entered: 10/31/2008) |
| 10/31/2008 | 2 | | ORDER Granting IFP, Waiving the initial partial filing fee, Directing Monthly Payments be made from Prison Account of Jonathan Lee Riches. Signed by Judge Robert L Miller, Jr on 10/31/08. (sdf) (Entered: 10/31/2008) |
| 10/31/2008 | 3 | 5 | OPINION AND ORDER : Complaint is DISMISSED pursuant to 28 USC sec 1915(e)(2)(B)(i). Plaintiff is RESTRICTED from filing in this court. Clerk is directed not to file anything submitted by or on behalf of Plaintiff except for a notice of appeal from this order, and to note on the docket of this case any attempted filings in violation of this order. Signed by Judge Robert L Miller, Jr on 10/31/08. (sdf) (Entered: 10/31/2008) |

| 09/01/2010 | 16 | 3 | NOTICE OF APPEAL as to 3 Order Dismissing Case by Jonathan Lee Riches. (lns) (Entered: 09/02/2010) |
| --- | --- | --- | --- |
| 09/01/2010 | 17 | | NOTICE of Change of Address by Jonathan Lee Riches (same pdf as DE 16) from FCI Williamsburg to Federal Medical Center, Lexington, KY. (lns) Modified on 9/2/2010 (lns). (Entered: 09/02/2010) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Riches,
Plaintiff

v.                                              Cause No. 3:08-CV 510 RM

104th World Series,
Defendants

FILED
2010 SEP -1 AM 10:35
STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Notice of Appeal By Jonathan Lee Riches this
~~courts order dismissing this case~~

Notice of Change of Address

Comes now, Jonathan Lee Riches, Moves to Appeal the dismissal of this case. Appeal to the 7th circuit court of Appeals

My Address has changed and I can be reached at the following Address

respectfully,

[signature] 8-26-10
~~Jonathan Lee Riches~~
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

3

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

LEXINGTON KY 403
30 AUG 2010 PM 3 T

United States District Court
NORTHERN DISTRICT of Indiana
Clerk of Court
E. Ross Adair Fed Building U.S. Courthouse
1300 S. Harrison St.
Fort Wayne, Indiana 46802

Legal Mail

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:08-CV-510 RM |
| v. ) | |
| ) | |
| 104th WORLD SERIES, TAMPA BAY RAYS, ) | |
| and PHILADELPHIA PHILLIES, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

This case is frivolous and deserves no further judicial time. *See* Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000), and Gladney v. Pendleton Correctional Facility, 302 F.3d 773, 774 (7th Cir. 2002) (Sometimes, however, a suit is dismissed because the facts alleged in the complaint are so nutty ("delusional" is the polite word) that they're unbelievable, even though there has been no evidentiary hearing to determine their truth or falsity.) Therefore it will be dismissed.

This is the second frivolous case filed by Jonathan Lee Riches in this court. He is an abusive filer who has submitted hundreds of frivolous cases in federal courts across the country. In addition he has now begun to attempt to intervene in cases in which he has no legitimate interest. *See* In re FedEx Ground Package System, Inc, Employment Practices Litigation, 3:05-MD-527, MDL 1700. The United States Supreme Court has stated approvingly that, "Federal courts have both the inherent power and constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out

Article III functions." In re McDonald, 489 U.S. 180, 185 n. 8 (1989) citing In re Martin-Trigona, 737 F. 2d 1254, 1261 (2nd Cir. 1984). Mr. Riches has relentlessly harassed this court and other federal courts across the country. He is a federal prisoner confined in South Carolina who has demonstrated that he has no legitimate claims in this court. It is unnecessary to permit his abusive filings here to escalate further. Therefore he will be restricted from filing any other papers in this court.

For the foregoing reasons, the court:

(1) DISMISSES this complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

(2) RESTRICTS Jonathan Lee Riches from filing in this court;

(3) DIRECTS the clerk not to file anything submitted by or on behalf of Jonathan Lee Riches except for a notice of appeal from this order; and

(4) DIRECTS the clerk to note on the docket of this case any attempted filings in violation of this order.

ENTERED:   October 31, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court